UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>                              )  <br>            Plaintiff,         )  <br>                              )  <br> v.                           )  <br>                              )  <br> DAVID MICHAEL PITTS,         )  <br>                              )  <br>            Defendant.        )  <br> _____) | No. CR-07-133-FVS  <br><br>ORDER GRANTING MOTION  <br>TO AMEND CONDITIONS OF  <br>RELEASE AND DIRECTING  <br>EXECUTION OF A CO-SIGNED  <br>APPEARANCE BOND |

At the July 2, 2008, hearing on Defendant's Motion to Amend, Defendant appeared with counsel Carl E. Hueber. Assistant U.S. Attorney Aine Ahmed represented the United States. The court took the Motion under advisement and directed the Defendant to provide *in camera* information regarding his financial circumstances.

The court, having considered the briefing of the parties, including the *in camera* Affidavits lodged July 17, 2008, finds Defendant does not have funds or property available to maintain a secured bond.

**IT IS ORDERED:**

1. Defendant's Motion to Amend **(Ct. Rec. 56)** is **GRANTED.**

2. Paragraph 11 of the court's order filed October 17, 2007, directing that Defendant post a $75,000 cash or corporate surety bond is **STRICKEN**. In its place, Defendant shall post a $100,000 appearance bond, **to be co-signed by an adult family member** no later than five (5) business days from the date of this Order.

ORDER GRANTING MOTION TO AMEND CONDITIONS OF RELEASE AND
DIRECTING EXECUTION OF A CO-SIGNED APPEARANCE BOND - 1

3. All other conditions of release in the court's Order filed October 17, 2007, shall remain.

4. **The District Court Executive is directed to file Defendant's *in camera* submissions under seal.**

DATED July 21, 2008.

                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE