PROB 12C
(7/93)

Report Date: August 25, 2011

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 29 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: David Michael Pitts          Case Number: 2:07CR00133-001

Address of Offender: :

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 5/12/2009

| | | |
|---|---|---|
| Original Offense: | Bankruptcy Fraud, 18 U.S.C. § 152; Mail Fraud, 18 U.S.C. § 1341 | |
| Original Sentence: | Prison - 40 Months; TSR - 36 Months | Type of Supervision:  Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 7/22/2011 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires:  7/21/2014 |

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered. |

**Supporting Evidence**: David Pitts violated conditions of his supervised release supervision by residing with Jeri Storm, girlfriend, who possesses and consumes marijuana for medicinal purposes in their home.

On August 5, 2011, the undersigned officer initiated contact with Mr. Pitts and Ms. Storm at their residence.  During a plain view inspection, the odor of marijuana was emanating from the bedroom area.  Jeri Storm was immediately questioned as to the possible use and location of the illicit substance.  She admitted that the marijuana belonged to her and is consumed for medicinal purposes.  Mr. Pitts was asked if he had prior knowledge of her use of marijuana before release from Federal custody.  He stated that they believed use of marijuana in the home for medical purposes was allowed.  The undersigned officer told both individuals that possession of illicit substances is a violation of supervision.

Prob12C
Re: Pitts, David Michael
August 25, 2011
Page 2

Furthermore, Ms. Storm did not acknowledge during the prerelease investigation that she was actively consuming and possessing marijuana while at her residence. In fact, Ms. Storm had self-disclosed all of her prescription medications when questioned by the undersigned officer during the above-mentioned prerelease investigation.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/25/2011

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ✓ ]  The Issuance of a Summons
[ ]   Other

_Fred Van Sickle_

Signature of Judicial Officer

_August 29, 2011_
Date